1  JOYCE R. BRANDA
   Acting Assistant Attorney General, Civil Division
2
   MELINDA HAAG (CABN 132612)
3  United States Attorney
   ALEX G. TSE (CABN 152348)
4  Chief, Civil Division
   ERICA BLACHMAN HITCHINGS (MABN 669825)
5  Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7015
7      FAX: (415) 436-6927
       erica.hitchings@usdoj.gov
8
   MICHAEL D. GRANSTON
9  ANDY MAO
   JESSICA J. WEBER
10 Civil Division
   United States Department of Justice
11     P.O. Box 261
       Ben Franklin Station
12     Washington, D.C. 20044
       Telephone: (202) 353-8297
13     Facsimile: (202) 307-3852
       jessica.j.weber@usdoj.gov
14
   Attorneys for the United States of America
15
                      UNITED STATES DISTRICT COURT
16
                     NORTHERN DISTRICT OF CALIFORNIA
17
                        SAN FRANCISCO HEADQUARTERS
18

19 | UNITED STATES OF AMERICA ex rel.        )
   | Jeffrey Miller, STATE OF CALIFORNIA ex  )  CASE NO: C 12-05236-EDL
20 | rel. JEFFREY MILLER,                    )
                                             )  **UNITED STATES' NOTICE OF ELECTION TO**
21 |          Plaintiffs,                    )  **DECLINE INTERVENTION; [PROPOSED]**
                                             )  **ORDER TO UNSEAL**
22 |   v.                                    )
                                             )
23 | SUTTER HEALTH, et al.,                  )
   |          Defendants.                    )  **FILED UNDER SEAL**
24                                           )

25
       Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the
26
   Court of its decision not to intervene in this action. Although the United States declines to intervene, it
27
   respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in
28

U.S. NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER, C 12-05236-EDL

FILED
DEC 17 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States only has the right to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*, 59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994).

Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests that orders issued by the Court be sent to the government's counsel. The United States reserves its rights to order any deposition transcripts and to intervene in this action, for good cause, at a later date, and to seek dismissal of the relator's action or claim. See 31 U.S.C. § 3730(c)(2), (3). The United States also requests that it be served with all notices of appeal.

Finally, the United States requests that the Court unseal: (1) relator's Complaint; (2) the summons, if any; (3) the scheduling order; (4) this Notice of Election to Decline Intervention, with (Proposed) Order to Unseal; and (5) all other matters occurring in this action after the date the Court enters the unsealing order. The United States requests that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for extensions of the sixty-day investigative period, any applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal and not be made public or served upon defendants.

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOYCE R. BRANDA<br>Acting Assistant Attorney General |
|  | MELINDA HAAG |
| Dated: December 16, 2014          By: | *Erica Blachman Hitchings /sr*<br>ERICA BLACHMAN HITCHINGS<br>Assistant United States Attorney |
| Dated: December 16, 2014          By: | *Jessica J. Weber /sr*<br>MICHAEL D. GRANSTON<br>ANDY MAO<br>JESSICA J. WEBER<br>Civil Division, U.S. Department of Justice |
|  | Attorneys for the United States of America |

## [PROPOSED] ORDER TO UNSEAL

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), IT IS HEREBY ORDERED that:

1. The Complaint, the summons, the scheduling order, this Order, and the accompanying United States' Notice of Election to Decline Intervention are hereby unsealed.

2. The relator shall serve the Complaint on defendants.

3. Any applications and/or declarations that have been filed under seal by the United States for an extension of the sixty-day investigative period or for any other reason shall remain under seal and not be made public or served upon the defendants.

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

//

//

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

6. The parties shall serve all notices of appeal upon the United States.

7. All orders of this Court shall be sent to the United States.

8. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: Dec 17, 2014

ELIZABETH D. LAPORTE
United States Magistrate Judge