1  **KAMALA D. HARRIS**
   Attorney General of California
2  MARK GEIGER
   Senior Assistant Attorney General
3  SARALYN M. ANG-OLSON
   Supervising Deputy Attorney General
4  JENNIFER S. GREGORY (SBN 228593)
   Deputy Attorney General
5  Telephone: (916) 263-2516
   E-mail: Jennifer.Gregory@doj.ca.gov
6  Bureau of Medi-Cal Fraud & Elder Abuse
     1425 River Park Drive, Suite 300
7    Sacramento, CA 95815-4524
     Facsimile: (916) 274-2929
8  *Attorneys for Plaintiff State of California*

FILED

DEC 17 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| [UNDER SEAL]<br><br>Plaintiffs,<br><br>v.<br><br>[UNDER SEAL]<br><br>Defendants. | Case No. C-12-5236-EDL<br><br>**FILED UNDER SEAL** |

1

[PROPOSED] ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE
INTERVENTION (CALIFORNIA GOVERNMENT CODE §12652(c)(6)(B)) (C-12-5236-EDL)

KAMALA D. HARRIS
Attorney General of California
MARK GEIGER
Senior Assistant Attorney General
SARALYN M. ANG-OLSON
Supervising Deputy Attorney General
JENNIFER S. GREGORY (SBN 228593)
Deputy Attorney General
Telephone: (916) 263-2516
E-mail: Jennifer.Gregory@doj.ca.gov
Bureau of Medi-Cal Fraud & Elder Abuse
  1425 River Park Drive, Suite 300
  Sacramento, CA 95815-4524
  Facsimile: (916) 274-2929
*Attorneys for Plaintiff State of California*

FILED

DEC 1 7 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. JEFFREY MILLER, STATE OF CALIFORNIA ex rel. JEFFREY MILLER<br><br>Plaintiffs,<br><br>v.<br><br>SUTTER HEALTH, SUTTER WEST BAY HOSPITALS D/B/A CALIFORNIA PACIFIC MEDICAL CENTER, PHYSICIANS FOUNDATION AT CALIFORNIA PACIFIC MEDICAL CENTER, SUTTER WEST BAY MEDICAL FOUNDATION D/B/A, SUTTER PACIFIC MEDICAL FOUNDATION<br><br>Defendants. | Case No. C-12-5236-EDL<br><br>[PROPOSED] **ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION (CALIFORNIA GOVERNMENT CODE §12652(c)(6)(B))**<br><br>[FILED *IN CAMERA* AND UNDER SEAL] |

    The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, the Court rules as follows:

    All contents of the Court's file in this action shall remain under seal and not be made public or served upon Defendants, except for this Order, State of California's Notice of Election to Decline Intervention, and any election to intervene or decline intervention filed by the United States, all of which Relator shall serve upon Defendants only after the unsealing of this matter

2

and the service of the Complaint;

Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent and approval of California before ruling or granting its approval;

The parties shall serve all pleadings and motions subsequently filed in this action on California, and California may order any deposition transcripts and is entitled to intervene in the action, for good cause shown, at a later date.

IT IS SO ORDERED.

Dated: Dec 17 2014

_____
UNITED STATES DISTRICT JUDGE

3

[PROPOSED] ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION (CALIFORNIA GOVERNMENT CODE §12652(c)(6)(B)) (C-12-5236-EDL)